UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MERLE BROOKENS, et al,

        Plaintiff(s),                  Case No.  03-74475

v.                                        Honorable Avern Cohn

LONGWOOD ELASTOMER, et al,

        Defendant(s).

_____/

ORDER OF DISMISSAL WITHOUT PREJUDICE

The Court has been advised by the attorneys of record that a settlement has been reached and that appropriate papers would be submitted to the Court.

In accordance with the parties representations, this case hereby is DISMISSED WITHOUT PREJUDICE.   This case may be reopened, if necessary, by motion of either party without the payment of additional fees or costs.

      SO ORDERED.

                                                         s/Avern Cohn
Dated:  September 2, 2005                        AVERN COHN
                                                   UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was sent to counsel of record on this date, September 2, 2005, by electronic and/or ordinary mail.

                                                     s/Julie Owens
                                                   Case Manager, (313) 234-5160