UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MERLE L. BROOKENS, JR., TERRY E.
BROOKENS, TERRY DEAN BERGEY
and TERESA L. BERGEY,

    Plaintiffs,

vs.

LONGWOOD ELASTOMERS, INC., and
T.D. WILLIAMSON, INC.

    Defendants.

Case No. 03-CV-74475
Hon. Avern Cohn

_____/

| | |
|---|---|
| MICHAEL E. SHELTON<br>Shelton & Hancock<br>Attorneys for Plaintiffs<br>5615 Kirby Drive, Suite 300<br>Houston, TX 77005<br>(713) 807-0700 | JOHN M. SIER (P39336)<br>LISA A. JACKSON (P63217)<br>Kitch Drutchas Wagner Denadis & Valitutti<br>Co-Counsel for T.D. Williamson, Inc.<br>One Woodward Avenue, 10th Floor<br>Detroit, MI 48226<br>(313) 965-2915 |
| SHELDON L. MILLER (P17785)<br>Sheldon L. Miller & Associates<br>Co-Counsel for Plaintiffs<br>3000 Town Center, Suite 1700<br>Southfield, MI 48075-1188<br>(248) 213-3800 | DENNIS C. CAMERON<br>Gable & Gotwals<br>1100 ONEOK Plaza<br>100 West Fifth Street<br>Tulsa, OK 74103-4800<br>(918) 595-4800 |
| WILLIAM L. KIRIAZIS (P33037)<br>ANTHONY J. KOSTELLO (P57199)<br>Vandeveer Garzia, P.C.<br>Attorney for Defendant Longwood<br>1450 West Long Lake, Suite 100<br>Troy, MI 48098-6630<br>(248) 312-2800 | |

_____

## **ORDER FOR DISMISSAL WITH PREJUDICE OF ALL PARTIES**

Upon the reading and filing of the attached Stipulation, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that any and all claims by Plaintiffs, Merle L.

Brookens, Jr., Terry E. Brookens, Terry Dean Bergey and Teresa L. Bergey against Defendant T.D. Williamson, Inc. and Defendant Longwood Elastomers, Inc. shall be dismissed with prejudice.

  IT IS FURTHER ORDERED that each party shall be responsible for the payment of their own costs and attorney fees.

  IT IS FURTHER ORDERED that this settlement and dismissal resolves the last pending claim and closes this file.


Dated: May 31, 2006       s/ Avern Cohn
                HON. AVERN COHN
                United States District Court

v:\wlk\brookens\pleadings\order.dismissal.doc

VANDEVEER GARZIA P.C.